THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 10, 2019



Katherine Maloney Perhach
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 13-29074 |
| Anita M. Peters | CHAPTER 13 |
| Debtor. | JUDGE Katherine M. Perhach |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY, CO-DEBTOR STAY AND ABANDONMENT**

PLS Specialty Investments LLC (the "Movant") filed a Motion for Relief from the Automatic Stay, Co-Debtor Stay and Abandonment with respect to the property located at 3009 ELM LN, RACINE, WI 53405 (the "Property"). Due and proper notice was given, and no objections were filed. The facts recited in the motion show that there is no equity in the Property, the Movant's interest in the Property is not adequately protected, or other cause exists for granting the Movant's request for relief from the automatic stay, co-debtor stay and abandonment.

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. §362(a) is modified to permit Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law;

IT IS FURTHER ORDERED: the co-debtor stay of 11 U.S.C. § 1301 is terminated to permit the Movant to exercise all of its rights and remedies against Percy A. Peters III under its loan documents and applicable non-bankruptcy law;

IT IS FURTHER ORDERED: the Trustee is authorized and ordered to abandon the Property from the bankruptcy estate under 11 U.S.C. § 554, and abandonment is effective upon entry of this Order;

IT IS FURTHER ORDERED: all other relief requested in the motion is denied.

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####